No. 95–604. LONG COVE CLUB ASSOCIATES, L. P. v. TOWN OF HILTON HEAD ISLAND, SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 95–605. OKLAHOMA ASSOCIATION FOR EQUITABLE TAXATION v. CITY OF OKLAHOMA CITY. Sup. Ct. Okla. Certiorari denied.

No. 95–612. KIMPEL v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 95–623. WALKER v. INDIANA ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–629. HEGARTY, PERSONAL REPRESENTATIVE OF THE ESTATE OF HEGARTY, DECEASED v. WRIGHT ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–634. LOVELL v. PLANTERS BANK & TRUST COMPANY OF CLAIBORNE PARISH; and LOVELL v. NEWELL ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–639. FLINN v. PLUMMER. C. A. 11th Cir. Certiorari denied.

No. 95–686. HEGLER v. BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–703. CITIZENS ASSOCIATION FOR SOUND ENERGY v. BOLTZ ET UX. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 95–732. WILLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–736. ROLLER v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–5816. FUENTES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–5927. KEISER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6309. NONNETTE v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.